# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN THE MATTER OF:**

Jimmerine Miles

**Case No.**
**Judge**
**Chapter 13**

_____ Debtor(s) /

## AFFIDAVIT

I, Jimmerine Miles, state that I did not earn enough taxable income to require filing Tax Returns for 2016.

I attest under penalty of perjury that the above statement is true.

/s/ _____

Jimmerine Miles