# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

Jimmerine Miles

Case No. 19-41272
Judge Mark A. Randon
Chapter 13

_____ Debtor(s) /

## OBJECTION TO THE CLAIM OF INTERNAL REVENUE SERVICE (PACER CLAIM NO. 10)

**NOW COME(S)** Debtor(s) by and through attorney, John A. Steinberger, and objects to the claim filed by **INTERNAL REVENUE SERVICE (PACER CLAIM NO. 10)** as follows:

1. That on January 30, 2019 Debtors filed Chapter 13 Bankruptcy.

2. That on April 16, 2019 Creditor Internal Revenue Service filed their Proof of Claim (Pacer Claim No. 10) showing unsecured priority claims of $11, 129,16.

3. Further, said Proof of Claim indicates the balances due are estimated because the returns have not been filed.

4. That on August 28, 2019 Debtors forwarded to the IRS copies of returns for 2015, 2017 and 2018 along with the Affidavit filed with the Bankruptcy Court indicating she was not required to file returns for 2016.

5. That based on the returns forwarded to the IRS, the total unsecured priority claims should be $10,557.00.

That a proposed Order is attached hereto as Exhibit A.

**WHEREFORE** Debtor prays that this Honorable Court enters an Order reduce the claim of the **Internal Revenue Service** to $10,557.00.

Dated: 9/18/2019

/s/
Noel Aaron Cimmino (P61176)
John A. Steinberger & Associates, P.C.
17515 W. 9 Mile Road, Ste. 420
Southfield, MI 48075
(248) 559-4055
noel@steinbergerlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

Jimmerine Miles

Case No. 19-41272
Judge Mark A. Randon
Chapter 13

_____Debtor(s) /


**ORDER GRANTING OBJECTION TO PROOF OF CLAIM OF** INTERNAL REVENUE SERVICE (PACER CLAIM NO. 10)

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, and no objection having been filed:

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the objection to the Proof of Claim filed by the above-referenced creditor is hereby granted.

**IT IS FURTHER ORDERED** that the claim of **INTERNAL REVENUE SERVICE (PACER CLAIM NO. 10)** shall be reduced to $10,557.58

**IT IS FURTHER ORDERED** that the Trustee shall not have to recoup any payments made to this Creditor prior to entry of this order.

Exhibit A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

Jimmerine Miles

Debtor(s)

Case No. 19-41272
Judge Mark A. Randon
Chapter 13

_____/

## NOTICE OF OBJECTION TO CLAIM

The Debtor has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before October 23, 2019, you or your attorney must:

1. File with the court a written response to the objection, explaining your position at: **United States Bankruptcy Court 211 W. Fort Street, Suite 2100, Detroit, Michigan 48226**

   If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

   John A. Steinberger, P.C., 17515 West Nine Mile Road, Suite 420, Southfield, MI 48075

   Krispen S. Carroll, 719 Griswold Street, 1100 Chrysler House, Detroit, MI 48226,

2. Attend the hearing on the objection, scheduled to be held on October 30, 2019 at 11:00 AM in Courtroom 1825, United States Bankruptcy Court, 211 West Fort Street, Detroit, MI, unless your attendance is excused by mutual agreement between yourself and objector's attorney.

   (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

/s/
John A. Steinberger (P30812)
Noel A. Cimmino (P61176)
Erin C. Springer (P72072)
Attorney for Debtor(s)
17515 W. 9 Mile Road, Ste. 420
Southfield, MI 48075
(248) 559-4055